**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 20-cv-03202-RM-STV

JAMES ARTHUR FAIRCLOTH,

    Plaintiff,

v.

CDOC, *et al.*,

    Defendants.

---

**ORDER**

---

This matter is before the Court on Plaintiff's "Motion for Voluntary Dismissal" under Fed. R. Civ. P. 41 (ECF No. 81), requesting his action be dismissed without prejudice because he has now received his first dose of the Moderna vaccine and will be receiving his second dose shortly. Because Defendants have not filed an answer or a motion for summary judgment, Plaintiff may voluntarily dismiss his action without prejudice without a court order. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Thus, the Court construes the Motion as a notice of dismissal without prejudice and directs the Clerk to close this case.

DATED this 23rd day of March, 2021.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge